Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
__Northern__ Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 1 2 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Marvin Holloman, Personal Representative for the Estate of Barbara Jean Price

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ruthie Shelman-Goestch
Michelle R. Smith
Craig D. Johnson
Michael Smyth

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:24cv88 DPJ FKB
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marvin Holloman |
| Street Address | 1220 E Northside Dr. Ste 170 #187 SMB#57393 |
| City and County | Jackson, Hinds County |
| State and Zip Code | MS 39211 |
| Telephone Number | 720-692-9282 |
| E-mail Address | mr.holloman@hotmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Ruth Ann Shelman-Goetsch |
| Job or Title *(if known)* | |
| Street Address | 19088 E Carmel Drive |
| City and County | Aurora |
| State and Zip Code | CO 80011 |
| Telephone Number | 303-319-0494 |
| E-mail Address *(if known)* | rsgoetsch@comcast.net |

Defendant No. 2

| | |
|---|---|
| Name | Michelle Renae Smith |
| Job or Title *(if known)* | Attorneys for Ruth Shelman-Goetsch Reg. #34014 (CO) |
| Street Address | 4 W. Dry Creek Circle, Suite 100 |
| City and County | Littleton |
| State and Zip Code | Colorado, 80120 |
| Telephone Number | (303) 996-4336 |
| E-mail Address *(if known)* | msmith@smithandmitchell.com |

Defendant No. 3

| | |
|---|---|
| Name | Craig D. Johnson |
| Job or Title *(if known)* | Attorney for Ruth Shelman-Goetsch Reg #11902 (CO) |
| Street Address | 8 Garden Center, Unit 2 |
| City and County | Broomfield |
| State and Zip Code | Colorado, 80020 |
| Telephone Number | 303-466-2335 |
| E-mail Address *(if known)* | cjohnson@cdjlaw.com |

Defendant No. 4

| | |
|---|---|
| Name | Michael Smyth |
| Job or Title *(if known)* | Notory Public |
| Street Address | 7820 Maria St |
| City and County | Westminster, Jefferson County |
| State and Zip Code | Colorado |
| Telephone Number | 303-525-1352 |
| E-mail Address *(if known)* | grandduketc@gmail.com |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331 Federal Question
28 U.S.C. § 1332 Diversity of citizenship; amount in controversy; costs
Rule 105 Colorado Rule of Civil Procedure - Actions Concerning Real Estate
Fed. Rules Civ. Proc. Rule 65, 42 U.S. Code § 1983 - Civil action for deprivation of rights
22 U.S. Code § 7102 Abuse of law or legal process,

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Marvin Holloman , is a citizen of the State of *(name)* Mississippi .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Ruth Ann Shelman-Goetsch , is a citizen of the State of *(name)* Colorado . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Full ownership of real property is at stake which is valued between $500,000.00 and $1,000,000.00
located at: 2813 California Street Denver, CO 80205.
Unjust enrichment of $15,000.00 dollar bond secured by Plaintiff.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Colorado in the City and County of Denver.
Littleton, Colorado

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

1.) Beneficiary Deed signed and notarized on January 2, 2015 by a Bobbie Jean Price (not the actual name of the deceased).
2.) The deed was recorded on March 9, 2015. Ownership transferred outside of probate on July 28, 2020, upon the death of Barbara Jean Price.
3.) After November 2nd 2023 Defendant received Plaintiff's $15,000 bond.
4.) On July 8th 2021 and August 26th 2022 perjurious statements were made in Denver Probate Court.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ruth Shelman-Goetsch conspired with Michelle Renae Smith and Michael Smyth to defraud the heirs of Barbara Jean Price and Dorothy Rea Shelman of their respective ownership of the real property located at 2813 California Street, Denver Colorado 80205 [L20 & NELY 5FT OF L 19 BLK 68 CASE & EBERTS ADD]. They did this outside of probate, by knowingly composing a beneficiary deed in a fictitious name, facilitating the false notarization, and filing the false deed for recording in the Denver Clerk and Recorder's Office. They furthered the conspiracy by making false statements to the Denver Probate Court concerning the previous transfer of ownership of the above property outside of probate.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Without injunctive relief Plaintiff will sustain irreparable harm of destroying estate property consisting of irreplaceable personal artifacts and preventing the discovery of last will and testament the deceased and will result in the sale of real estate belonging to the 20 heirs of the estate.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For this Court to conduct an official quite title proceeding in accordance with Rule 105 of the Colorado Rules of Civil Procedure, in order that a final determination of the ownership of the above real property will be made. Petitioner request injunctive relief ordering the Defendant Ruth Shelman-Goetsch to immediately cease all efforts to sale real property located at 2813 California Street, Denver, CO 80205. And for her and her representatives to allow Plaintiff and the other heirs of the estate full access to the property and to cease any removal of property and papers without the express written consent of Petitioner.
Order Ms.. Goetsch to refund the $15,000 that she collected from Petitioner's bond due to unjust enrichment.
Order all Defendants to be jointly and severally liable for the "special estate administrative" cost, actual and punitive damages in the maximum amount allowed by law.

III.   Statement of Claim – 2

A. Where did the events giving rise to your claim(s) occur?

City and County of Denver Colorado.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Between January 10, 2022 to the present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ruth Shelman-Goetsch conspired with Michelle Renae Smith and Craig D. Johnson to commit abuse of process, suborned perjury in order to defraud the heirs of Barbara Jean Price and Dorothy Rea Shelman of their respective ownership of the real property located at 2813 California Street, Denver Colorado 80205 [L20 & NELY 5FT OF L 19 BLK 68 CASE & EBERTS ADD].

Defendants abused or threatened abuse of law or legal process to cause financial harm to Plaintiff and unjustly enrich themselves in retaliation for him exercising his 1st Amendment right to petition. Defendants conspired to violate Plaintiff's 1st Amendment right to petition and prevented him from exercising his rights as Personal Representative of the Estate based upon his previous condition of involuntary servitude.

From January 10th 2022 or from June 14th 2022 – November 27th 2022 Judge Leith conducted proceedings Coram Non Judice, (as the court lacked proper jurisdiction over the matter at hand). During this time, above Plaintiffs objections, Defendants and Judge Leith attempted to entrap Plaintiff to commit unauthorized practice of law, in order to incriminate Plaintiff, civilly fine him as an attorney and prejudice the ownership rights of the other 20 heirs of the estate. This resulted in the irreparable harm of destroying estate property and preventing the discovery of the last will and testament the deceased. And the possible sale of the above real estate.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/03/2024

Signature of Plaintiff: *Marvin Holloman*
Printed Name of Plaintiff: Marvin Holloman

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____