UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARVIN HOLLOMAN,     PLAINTIFF
PERSONAL REPRESENTATIVE FOR
THE ESTATE OF BARBARA JEAN PRICE

V.     CIVIL ACTION NO. 3:24-CV-88-DPJ-ASH

RUTH SHELMAN-GOETSCH,
MICHELLE R. SMITH, CRAIG D.
JOHNSON, and MICHAEL SMYTH     DEFENDANTS

ORDER

In its December 17, 2024 Order [22], the Court granted Defendants Michelle Smith and Ruth Shelman-Goetsch's motion to dismiss and instructed Plaintiff Marvin Holloman to respond within 14 days to show cause why his claims against Craig Johnson and Michael Smyth should not be dismissed for lack of personal jurisdiction. The Court warned that failure to show-cause would result in a final judgment. *See* Order [22] at 5. Holloman did not respond and the time to do so has passed. For reasons stated in the Order [22], this action is dismissed without prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2025.

             s/ *Daniel P. Jordan III*
             UNITED STATES DISTRICT JUDGE