UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARVIN HOLLOMAN,                                                                              PLAINTIFF
PERSONAL REPRESENTATIVE FOR
THE ESTATE OF BARBARA JEAN PRICE

V.                                      CIVIL ACTION NO. 3:24-CV-88-DPJ-ASH

RUTH SHELMAN-GOETSCH,
MICHELLE R. SMITH, CRAIG D.
JOHNSON, and MICHAEL SMYTH                                    DEFENDANTS

JUDGMENT

For reasons stated in the Order entered this date and the Order [22] entered December 17, 2024, this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2025.

                                               s/ *Daniel P. Jordan III*
                                               UNITED STATES DISTRICT JUDGE